In the Matter of JAMES KANTOR, Petitioner, v. COUNTY COURT, GREENE COUNTY, Respondent.—

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.